IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APELDYN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-440-SLR |
| | ) | |
| SONY CORPORATION, *et al.*, | ) | (Consolidated) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| APELDYN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-581-SLR-MPT |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 15, 2013, the following documents were served on the persons listed below in the manner indicated:

1) Defendants' Sony Corporation and Sony Electronics Inc.'s Responses to Plaintiff Apeldyn Corporation's Second Set of Interrogatories

2) Defendants' Sony Corporation and Sony Electronics Inc.'s Objections and Responses to Plaintiff's Third Set of Requests for Production

**BY E-MAIL**

| | |
|---|---|
| David S. Eagle | Jon P. Stride |
| Sean M. Brennecke | David S. Aman |
| KLEHR, HARRISON, HARVEY, | David M. Weiler |
|   BRANZBURG & ELLERS | TONKON TORP LLP |
| 919 Market Street, Suite 1000 | 1600 Pioneer Tower |
| Wilmington, DE 19801 | 888 SW Fifth Avenue |
| (302) 426-1189 | Portland, OR 97204 |
| deagle@klehr.com | jon.stride@tonkon.com |
| sbrennecke@klehr.com | david.aman@tonkon.com |
| | david.weiler@tonkon.com |

          David E. Moore
          Richard L. Horwitz
          POTTER ANDERSON & CORROON, LLP
          1313 N. Market St.
          Hercules Plaza, 6th Floor
          P.O. Box 951
          Wilmington, DE 19899
          (302) 984-6000
          dmoore@potteranderson.com
          rhorwitz@potteranderson.com

| OF COUNSEL: | /s/ *John W. Shaw* |
|---|---|
| Neil P. Sirota | John W. Shaw (No. 3362) |
| Eliot D. Williams | Jeffrey T. Castellano (No. 4837) |
| Christopher R. Patrick | Andrew E. Russell (No. 5382) |
| BAKER BOTTS L.L.P. | SHAW KELLER LLP |
| 30 Rockefeller Plaza | 300 Delaware Ave., Suite 1120 |
| New York, NY 10112 | Wilmington, DE 19801 |
| (212) 408-2500 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Michael J. Barta | jcastellano@shawkeller.com |
| BAKER BOTTS L.L.P. | arussell@shawkeller.com |
| 1299 Pennsylvania Ave., NW | *Attorneys for Defendants Sony Corporation* |
| Washington, D.C. 20004 | *and Sony Electronics Inc.* |
| (202) 639-7700 | |

Dated:  April 15, 2013