IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION and SONY ELECTRONICS INC.,<br><br>    Defendants. | CONSOLIDATED CASES<br><br>Civil No. 1:11-cv-00440-SLR<br>(LEAD CASE) |
| APELDYN CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil No. 1:11-cv-00581-SLR-MT |

**STIPULATION AND [PROPOSED] ORDER STAYING
CERTAIN FACT DISCOVERY**

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that: 1) certain discovery be stayed until the Federal Circuit Court of Appeals issues a decision in *Apeldyn Corporation v. AU Optronics Corporation, et al.*, United States Court of Appeals for the Federal Circuit, Case No. 2012-1172 (the "AUO/CMO case"), and 2) the discovery deadline for fact discovery be extended until October 18, 2013.

The Sony defendants have represented that they did not manufacture their own VA mode LCD modules during the relevant time period. Instead, they purchased the relevant LCD modules from third party suppliers. They have represented that those suppliers were AUO and CMO (the two named defendants in the prior case filed by plaintiff Apeldyn in this District

1

which is currently on appeal to the Federal Circuit), Samsung, and S-LCD, a joint venture entity organized by Samsung and Sony. The Samsung Defendants have also represented that they purchased certain VA mode LCD modules from AUO, CMO and S-LCD.

Based on the representations described above, the parties in this case have agreed that it would be more efficient to await a decision from the Federal Circuit in the AUO/CMO case before pursuing any discovery relating to the modules supplied to the defendants by AUO and CMO. All parties would reserve their right to take any additional discovery relating to the AUO- and CMO-supplied modules after the AUO/CMO case decision, on a schedule to be determined at a later date. Plaintiff Apeldyn would further delay taking depositions of Sony employees until after the AUO/CMO case decision, with the right to depose them on all subjects after the Federal Circuit issues its decision in the AUO/CMO case. The parties would continue to pursue all other fact discovery on the current schedule, including fact discovery related to the display modules manufactured by Samsung and S-LCD, as set forth below. The parties also acknowledge that the Federal Circuit's decision in the AUO/CMO case may make further discovery relating to AUO and CMO technology moot.

Under the current case schedule, discovery closes on June 7, 2013. Two factors weigh in favor of extending the fact discovery deadline. First, the parties anticipate that the Federal Circuit decision in the AUO/CMO case will not issue until at least October 2013. Oral argument in the Federal Circuit is now set for July 11, 2013. Second, the parties are still in the process of exchanging all documents responsive to pending document requests, which has also delayed the scheduling of depositions. The parties intend to continue to diligently pursue discovery in this case under the extended schedule, subject to the Court's permission. The delay

2

of the fact discovery deadline will have no effect on the current case schedule, since the Court has already stayed all case activities other than fact discovery.

The parties' requested extension is set forth in the following table. The bolded items are the only changes from the current schedule.

| Subject Of Deadline | Current Deadline | Proposed Date Of Extension |
|---|---|---|
| Discovery of Paper and Electronic Discovery (E-Discovery) | March 8, 2013 | March 8, 2013 |
| Joinder/Amendment of Pleadings | Stayed | Stayed |
| Claim Construction of Terms | Stayed | Stayed |
| Deadline to Request E-Discovery of Additional (any over 10) Custodians or for More Than 10 Years Back | March 15, 2013 | March 15, 2013 |
| Joint Claim Construction Statement | Stayed | Stayed |
| **Close of Fact Discovery (Except as to AUO/CMO issues and Sony depositions)** | **June 7, 2013** | **October 18, 2013** |
| **Close of Fact Discovery relating to AUO/CMO issues and Sony depositions** | **June 7, 2013** | **Stayed** |
| Plaintiff's Opening Brief on Claim Construction | Stayed | Stayed |
| Supplementations Under Rule 6(e) | Stayed | Stayed |
| Defendant's Answering Claim Construction Brief | Stayed | Stayed |
| Plaintiff's Claim Construction Reply Brief | Stayed | Stayed |
| Expert Reports Due (burden of proof) | Stayed | Stayed |
| Defendant's Surreply Claim Construction Brief | Stayed | Stayed |
| Rebuttal Expert Reports | Stayed | Stayed |
| Supplemental Reports | Stayed | Stayed |
| Close of Expert Discovery | Stayed | Stayed |
| Daubert Motions | Stayed | Stayed |
| Summary Judgment Motions | Stayed | Stayed |

PHIL1 2827191V.1

| | | |
|---|---|---|
| Opening Briefs on Infringement and Invalidity | Stayed | Stayed |
| Opening Briefs or Combined Opening-Answering Briefs on Non-Infringement and Validity | Stayed | Stayed |
| Hearing on Claim Construction and Motions for Summary Judgment | Stayed | Stayed |
| Pretrial Conference | Stayed | Stayed |
| Jury Trial – 7 days | Stayed | Stayed |

IT IS SO STIPULATED:

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP<br><br>By: */s/ Sean M. Brennecke*<br>David S. Eagle (# 3387)<br>Sean M. Brennecke (#4686)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Tel: (302) 552-5508<br>Fax: (302) 426-9193<br>deagle@klehr.com<br>sbrennecke@klehr.com<br><br>Attorneys for Plaintiff Apeldyn Corporation | SHAW KELLER LLP<br><br>By:*/s/ John Shaw*<br>John W. Shaw<br>300 Delaware Avenue, Suite 1120<br>Wilmington, Delaware 19801<br>Tel: (302) 298-0701<br>Fax: (302)<br>jshaw@shawkeller.com<br><br>Attorneys for Sony Corporation and Sony Electronics Inc. |
| POTTER ANDERSON & CORROON, LLP<br><br>By: */s/ Richard L. Horwitz*<br>David Ellis Moore<br>Richard L. Horwitz<br>Hercules Plaza<br>1313 N. Mark Street, Sixth Floor<br>Wilmington, DE 19899-0951<br>Tel: (302) 984-6147<br>Fax: (302) 778-6147<br>dmoore@potteranderson.com<br><br>Attorneys for Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. | |

5

SO ORDERED, this ___ day of _____, 2013.


_____
Judge Sue L. Robinson