# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-440-SLR |
| ) | (Consolidated) |
| SONY CORPORATION and ) | |
| SONY ELECTRONICS INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeremy P. Merling of Baker Botts LLP, 30 Rockefeller Plaza, New York, NY 10112 to represent Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this matter.

OF COUNSEL:

Michael J. Barta
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Tel: (202) 639-7700

Neil S. Sirota
Eliot D. Williams
Christopher R. Patrick
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4499
Tel: (212) 408-2500

Dated: June 4, 2013
1109301 / 33624

POTTER ANDERSON & CORROON LLP

By:  /s/ Bindu A. Palapura
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com
   bpalapura@potteranderson.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                         _____
                                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒   has been paid to the Clerk of the Court

☐   will be submitted to the Clerk's Office upon the filing of this motion

Date:  June 4, 2013               Signed: */s/ Jeremy P. Merling*
                                  Jeremy P. Merling
                                  BAKER BOTTS LLP
                                  30 Rockefeller Plaza
                                  New York, NY  10112
                                  Tel: (212) 408-2500
                                  jeremy.merling@bakerbotts.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Bindu A. Palapura, hereby certify that on June 4, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on June 4, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| David S. Eagle<br>Sean M. Brennecke<br>Klehr Harrison Harvey Branzenburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801-3062<br>deagle@klehr.com<br>smbrennecke@klehr.com<br>*Attorneys for Plaintiff* | David S. Aman<br>Jon P. Stride<br>David M. Weiler<br>Tonkon Torp LLP<br>1600 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR  97204-2099<br>david.aman@tonkon.com<br>jon.stride@tonkon.com<br>david.weiler@tonkon.com<br>*Attorneys for Plaintiff* |
| John W. Shaw<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>jshaw@shawkeller.com<br>*Attorneys for Defendants Sony Corporation and Sony Electronics Inc.* | Neil S. Sirota<br>Eliot D. Williams<br>Christopher R. Patrick<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-4499<br>neil.sirota@bakerbotts.com<br>eliot.williams@bakerbotts.com<br>christopher.patrick@bakerbotts.com<br>*Attorneys for Defendants Sony Corporation, Sony Electronics Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

Michael J. Barta
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2400
michael.barta@bakerbotts.com
*Attorneys for Defendants Sony Corporation, Sony Electronics Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: /s/ Bindu A. Palapura
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1022094 / 33624 (11-581)

2