IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-440-SLR |
| ) | |
| SONY CORPORATION, SONY ) | |
| ELECTRONICS, INC., SAMSUNG ) | |
| ELECTRONICS CO. LTD., and ) | |
| SAMSUNG ELECTRONICS AMERICA ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum and order of April 2, 2015;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants and against plaintiff.

_____
United States District Judge

Dated: 4/2/15

_____
(By) Deputy Clerk