## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-440-SLR-SRF |
| v. ) | (Consolidated) |
| ) | |
| SONY CORPORATION and ) | |
| SONY ELECTRONICS INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| APELDYN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD. and ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having considered Defendants' Motion for Award of Attorneys Fees Under 35 U.S.C. § 285 and Award of Expert Fees, IT IS HEREBY ORDERED, that:

1. Defendants' Motion is GRANTED for the reasons set forth in Defendants' memoranda of law and accompanying exhibits. This case is declared exceptional pursuant to 35 U.S.C. § 285 and, pursuant to that statute and the Court's inherent authority, the Court finds Defendants are entitled to reasonable attorney fees, expert witness fees, and related expenses for this litigation as prevailing parties under the Court's April 2, 2015 Judgment (D.I. 200).

2. Within thirty (30) days of the entry of this Order, Defendants shall submit supporting documentation of their fees and litigation expenses.

2

SO ORDERED this _____ day of _____, 2015.

_____
The Honorable Sue L. Robinson

1186994 / 33624